IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
ST. CROIX, VIRGIN ISLANDS

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CLUB COMANCHE, INC., | : | CASE NO. 1:21-BK-10001-MFW |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

Comes now Lindsay P. S. Kolba and gives notice of her appearance on behalf of Nancy J.

Gargula, United States Trustee for Region 21.

> NANCY J. GARGULA
> UNITED STATES TRUSTEE
> REGION 21
>
> By:_____/s/_____
> Lindsay P. S. Kolba
> Georgia Bar No. 541621
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Ted Turner Drive SW
> Atlanta, Georgia 30303
> (202) 360-7746
> lindsay.p.kolba@usdoj.gov