**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. CROIX, VIRGIN ISLANDS**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **CLUB COMANCHE, INC.** | : | Bankruptcy No. <u>**121-10001-MFW**</u> |
| | : | |
| **Debtor** | : | Chapter <u>**11**</u> |
| | : | |

# ORDER SCHEDULING STATUS CONFERENCE HEARING

**And Now**, to-wit, this <u>**19**th</u> day of <u>**May**</u>, 2021,

**IT IS HEREBY ORDERED** that a Status Conference in the above referenced case proceedings shall be held on **June 17, 2021 at 2:00 P.M. (AST)**. The hearing will occur via Zoom, to consider the status of the case and related matters which may be brought to the attention of the Court.

                                                                             **Mary F. Walrath**
                                                                             **U. S. Bankruptcy Judge**