**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. CROIX, VIRGIN ISLANDS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CLUB COMANCHE, INC. | ) | Bankruptcy No. 121-10001-MFW |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE ON BEHALF OF LPP MORTGAGE, INC.**

Please take notice that the law firm of Hunter & Cole, Warren B. Cole, of counsel, hereby enters its appearance on behalf of secured creditor LPP Mortgage, Inc. It is requested that all notices, pleadings, orders and other filings be served on the undersigned.

Respectfully submitted,

HUNTER & COLE
Attorneys for LPP Mortgage, Inc.

DATED: May 20, 2021    By: */s/ Warren B. Cole*
Warren B. Cole, Esq.
VI Bar No. 283
1138 King Street, Ste. 3
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel. (340) 773-3535
wbcole@huntercolevi.com