**Fill in this information to identify the case:**

Debtor name ___Club Comanche, Inc.___

United States Bankruptcy Court for the: _____ District of ___Virgin Islands___
(State)

Case number (If known): ___1:21-bk-10001-MFW___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Government of the U.S. Virgin Islands
Internal Revenue Bureau

Describe debtor's property that is subject to a lien
Houses and Lots No. 1 Strand Street and No. 40 Strand
Street, Christiansted, St. Croix, U.S. Virgin Islands

Column A: $186,590.80    Column B: $ 4,000,000.00

Creditor's mailing address
c/o Office of the Attorney General of the VI
VIDOJ, 34-38 Kronprindsens Gade, GERS Complex, 2nd Fl
St. Thomas, VI 00804

Describe the lien
Taxes
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred ___5/11/2015-8/16/2016___
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   ___See attachment.___

**2.2** Creditor's name
Jack D. Pickel

Describe debtor's property that is subject to a lien
Plot 1, 40 & 40A Strand Street
Christiansted, St. Croix, U.S. Virgin Islands

Column A: $ 2,712,616.00    Column B: $ 4,000,000.00

Creditor's mailing address
1 Strand Street, Christiansted, USVI 00820

Describe the lien
Mortgage
Is the creditor an insider or related party?
☐ No
☑ Yes

Creditor's email address, if known
comanchejack@me.com

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred ___July 1, 2014___
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☑ Yes. The relative priority of creditors is specified on lines ___See attachment___

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 3,181,942.68

Debtor    Club Comanche, Inc.
Name

Case number (if known)    1:21-bk-10001-MFW

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**

LPP Mortgage, Inc.

**Creditor's mailing address**

6000 Legacy Drive
Plano, TX 75023

**Creditor's email address, if known**

_____

**Date debt was incurred**    July 31, 1991

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines  See attachment

**Describe debtor's property that is subject to a lien**

Houses and Lots No. 1 Strand Street and No. 40 Strand Street, Christiansted, St. Croix, U.S. Virgin Islands

_____

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $282,735.88 as of 8/12/2020

Column B: $ 4,000,000.00

---

**2.___**

**Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____
Column B: $_____

---

| Debtor | Club Comanche, Inc. | Case number *(if known)* | 1:21-bk-10001-MFW |
|---|---|---|---|
| | Name | | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Warren B. Cole, Esq. of Hunter & Cole<br>1138 King Street<br>Christiansted, USVI 00820 | Line 2. _3_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |